**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Todd D. GASTALDO, Defendant— Appellant.**

**No. 10–35385.**

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 27, 2011.*

Filed Oct. 12, 2011.

Robert David Nesler, Esquire, Assistant U.S., Office of the U.S. Attorney, Portland, OR, for Plaintiff–Appellee.

Todd D. Gastaldo, Hillsboro, OR, pro se.

Before: SILVERMAN, W. FLETCHER, and MURGUIA, Circuit Judges.

MEMORANDUM **

Todd D. Gastaldo appeals pro se from the district court's summary judgment for the United States in its civil action to collect amounts due on three defaulted, federally-insured student loans. We have jurisdiction under 28 U.S.C. § 1291. We

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.

review de novo. *United States v. Phillips,* 20 F.3d 1005, 1006–07 (9th Cir.1994) (per curiam). We affirm.

The district court properly granted summary judgment for the United States because Gastaldo failed to demonstrate a genuine dispute of material fact as to whether he owed the alleged amounts to the government. *See Celotex Corp. v. Catrett,* 477 U.S. 317, 324, 106 S.Ct. 2548, 91 L.Ed.2d 265 (1986); *see also* 20 U.S.C. § 1091a(a)(2) (the United States may at any time bring an action for the repayment of the amount due from a borrower on a loan made under Title IV of the Higher Education Act that has been assigned to the Secretary of Education).

Gastaldo's remaining contentions are unpersuasive.

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.